

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>Via ECF</u>
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



December 31, 2022

        Re:    *Toro v. The Blue Lobster LLC*
                 Case No. 22-cv-7261-KPF

Dear Judge Failla:

      Plaintiff's Counsel submits this letter-motion to request an adjournment of the initial pretrial conference, currently scheduled to take place on January 5, 2023. Plaintiff's Counsel is currently traveling with intermittent access to reliable telephone service. As such, Counsel requests that the conference be adjourned to February 6, 2023, or a date thereafter more convenient for the Court, as Counsel's calendar is quite full during the rest of January. Defense Counsel has also agreed to the adjournment, and this is the first time this relief is being requested. The Parties also request that the pre-conference submission deadline be extended to the week before the new conference date.

      Plaintiff thanks the Court for its attention and consideration herein.

                                            **Respectfully and sincerely,**

                                            **/s/ Mars Khaimov, Esq.**

**Cc: Brooke K. Haley, Esq.**



Application GRANTED.  The initial pretrial conference scheduled in
this matter for January 6, 2023 is hereby ADJOURNED to 3:30 p.m. on
**February 8, 2023.**  The parties shall submit their pre-conference
submissions on or before **February 2, 2022.**

The parties are advised that the Court will not look favorably upon
further requests to adjourn this conference, which was initially
scheduled for November 16, 2022, and has now been adjourned three
times at the request of the parties.  (Dtk. #5, 9, 11).

The Clerk of Court is directed to terminate the motion at docket entry
14.


Dated:    January 3, 2023          SO ORDERED.
          New York, New York

                                   *Katherine Polk Failla* (signature)

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE