**UNITED STATES DISTRICT COURT**
**SOUTRHERN DISTRICT OF NEW YORK**

ANDREW TORO on behalf of herself
and all others similarly situated,

               Plaintiffs,

      -against-

THE BLUE LOBSTER, LLC.

               Defendant.



Case No.  1:22-cv-7261

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated:    Hicksville, New York
                  September 8, 2023

                                          Respectfully Submitted,

                                          **/s/ Mars Khaimov**

                               By:    Mars Khaimov, Esq.
                                     100 Duffy Avenue, Suite 510
                                     Hicksville, New York 11801
                                     Tel (929) 324-0717
                                     Fax (929) 333-7774
                                     Email: mars@khaimovlaw.com
                                     *Attorney for Plaintiff*

Dated:   September 12, 2023        SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE